IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                 Plaintiff,

vs.

MISTY MECHAM,

                 Defendant.

8:19-CR-238

ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss, Filing 65, seeking dismissal of the defendant's Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 48. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the United States' Motion to dismiss, Filing 65, is granted, and the Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 48, is dismissed.

Dated this 28th day of August, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge